UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC, <br><br> Plaintiff, <br> v. <br><br> THE PEPSI BOTTLING GROUP, INC., <br><br> Defendant. | CASE NO. C17-0756-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend time to answer the complaint (Dkt. No. 7). This motion is GRANTED. Defendant has until August 4, 2017 to answer, move, or otherwise respond to Plaintiff's complaint.

DATED this 30th day of June 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk
