THE HONORABLE JOHN C. COUGHENOUR

THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC, <br><br> Plaintiff, <br><br> v. <br><br> THE PEPSI BOTTLING GROUP, INC, <br><br> Defendant. | CASE NO. C17-0756-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' second stipulated motion to extend time to respond to the complaint (Dkt. No. 11.) This motion is GRANTED. Defendant shall have until September 5, 2017 to file an answer or otherwise respond to the complaint. Any further requests for an extension will be closely analyzed by the Court.

DATED this 3rd day of August 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk

MINUTE ORDER C17-0756-JCC
PAGE - 1